Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Jerome Taum IV, | Civil Action No: 2:17-cv-02542-CMK |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, May 30, 2018, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated: 04/27/18             / s / Joseph C. Fraulob
                            Joseph C. Fraulob
                            Attorney for Plaintiff

Dated: 04/27/18             / s / Michael K. Marriott
                            Michael K. Marriott
                            Special Assistant U.S. Attorney
                            Attorney for Defendant

IT IS ORDERED.

Dated: April 30, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE