1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8

9  Attorneys for Defendant

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12                  SACRAMENTO DIVISION

13

14  THOMAS JEROME TAUM, IV,              )  Civil No. 2:17-cv-02542-CMK
                                         )
15          Plaintiff,                   )  **STIPULATION AND ORDER FOR A**
                                         )  **FIRST EXTENSION OF TIME FOR**
16          v.                           )  **DEFENDANT TO FILE HER MSJ**
                                         )
17  NANCY A. BERRYHILL,                  )
18  Acting Commissioner of Social Security, )
                                         )
19          Defendant.                   )
20  _____  )

21

22          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

23  with the approval of the Court, that Defendant shall have a first extension of time of 30 days to

24  file her MSJ.  Defendant respectfully requests this extension of time because a very heavy

25  workload, including four other merits briefs due this week.

26

27

28  Stip. to Extend Def.'s MSJ

                                        1

The new due date for Defendant's MSJ will be Wednesday, August 29, 2018.

Respectfully submitted,

Date: _July 30, 2018_      LAW OFFICES OF HADLEY & FRAULOB

By:    _/s/ Joseph Clayton Fraulob*_
        JOSEPH CLAYTON FRAULOB
        *By email authorization on July 30, 2018*
        Attorney for Plaintiff

Date: _July 30, 2018_      MCGREGOR W. SCOTT
        United States Attorney

By:    _/s/ Michael K. Marriott_
        MICHAEL K. MARRIOTT
        Special Assistant United States Attorney
        Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  August 1, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2