MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS JEROME TAUM, IV, | Civil No. 2:17-cv-02542-CMK |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand to the agency, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) with instructions to reconsider the medical evidence of record, specifically the opinion of Dr. Richard H. Bolt. The ALJ will give Plaintiff an opportunity for a new administrative hearing, and issue a new decision.

Respectfully submitted,

Date: August 29, 2018　　By:　/s/ Joseph Clayton Fraulob*
JOSEPH CLAYTON FRAULOB
* By email authorization on August 29, 2018
Attorney for Plaintiff

Date: August 29, 2018　　MCGREGOR W. SCOTT
United States Attorney

By:　/s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: August 29, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE